ENTERED ON THE DOCKET
DATE 12/16/94
FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS
DEC 16  10 17 AM '94
RALPH L. DELOACH,
CLERK
BY _____ , DEPUTY
AT TOPEKA, KS.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ARNOLD R. HOPPER,            )
                             )
         Plaintiff,          )
                             )
    v.                       )   CASE NO. 94-3482-DES
                             )
SEC. OF CORRECTIONS, et al., )
                             )
         Defendants.         )
_____)

### O R D E R

Plaintiff proceeds pro se and in forma pauperis, 28 U.S.C. § 1915, on a civil rights complaint filed pursuant to 42 U.S.C. § 1983. Plaintiff acknowledges that the complaint filed in this case represents a continuation of claims raised in plaintiff's consolidated action, 94-3284. Having reviewed the complaint, the court agrees. Although plaintiff requests the present complaint be added to that consolidated action, the court denies plaintiff's request.

The orderly processing of plaintiff's claims is not advanced when plaintiff files a new case containing issues already raised in plaintiff's consolidated action. Plaintiff should not be filing new complaints which, either expressly or in their essence, constitute supplements to the claims raised in his consolidated action. Rule 15(d) of the Federal Rules of Civil Procedure provides that "[u]pon motion of a party the court may, upon reasonable notice and upon such terms as are just, permit the party to serve a supplemental pleading setting forth transactions or occurrences or events which have happened since the date of the pleading sought to

be supplemented." If plaintiff wishes to supplement his consolidated complaints, he must file a motion in case number 93-3284 requesting leave of the court to do so.

Where, as in the present complaint, plaintiff attempts to supplement the consolidated action by filing a new complaint, the court finds it appropriate and in the interests of judicial economy to dismiss the new complaint without prejudice and to direct plaintiff to proceed as provided under Rule 15(d).

IT IS THEREFORE ORDERED that the complaint is dismissed without prejudice.

DATED: This 16 day of December, 1994 at Topeka, Kansas.

/s/   DALE E. SAFFELS

DALE E. SAFFELS
United States District Judge

DES:CH

2